# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>NORMAN E. WIGGINS & DELORIS W. WIGGINS<br>163 GEORGE BROWN ROAD<br>PELION, SC 29123<br><br>DEBTORS | CASE NO:  06-02839/B/3<br><br>(CHAPTER 13)<br><br>TRUSTEE'S NOTICE OF<br>UNCLAIMED DIVIDENDS |

Enclosed from the office of William K. Stephenson, Jr., Trustee for the above referenced case is check number 798467  in the amount of  $795.87 representing monies designated as dividends to creditors or debtor refund as follows:

| CREDITOR/PAYEE | CLAIM # | REASON FOR RETURN | AMOUNT |
|---|---|---|---|
| FIRST AMERICAN INVESTM<br>2805 WEHRLE DR SUTIE 11<br>WILLIAMSVILLE, NY 14221 | 13 | Returned Mail | $795.87 |

August 23, 2011                                                                    /s/ William K. Stephenson, Jr.
                                                                                              William K. Stephenson, Jr., Trustee

\* If reason for return is other than those listed, please note reason.

_____

(For Bankruptcy Court Use ONLY)

### BANKRUPTCY TRUSEE LEDGER

TITLE:
_____

| DATE | REFERENCE | RECEIVED | DISBURSED | BALANCE |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |